Robert C. Bowman, Jr., Esq. (SBN: 232388)
Law Offices of Bowman & Associates
*A Professional Corporation*
3230 Ramos Circle
Sacramento, California 95827
Telephone: (916) 923-2800
Facsimile: (916) 923-2828
Email: robert@bowmanandassoc.com

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
Email: jberry@LGBFirm.com

Attorneys for Defendant
ROLLING FRITO-LAY SALES, L.P.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADRIAN LIZARRAGA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROLLING FRITO-LAY SALES LP; and DOES 1 through 50, inclusive,<br><br>  Defendant(s). | Case No. 2:18-cv-01119-JAM-EFB<br><br>[Removal from Superior Court of California, County of San Joaquin No. STK-CV-UWT-2018-3623]<br><br>**JOINT STIPULATION FOR: STAY PENDING MEDIATION/ ARBITRATION; ORDER THEREON** |

Plaintiff ADRIAN LIZARRAGA ("Lizarraga" or "Plaintiff") and Defendant ROLLING FRITO-LAY SALES, LP ("Frito-Lay" or "Defendant"), jointly stipulate as follows:

1. In his Complaint, Plaintiff alleges claims arising out of his former employment with Defendant Frito-Lay. Plaintiff's Complaint alleges multiple causes of action against Frito-Lay,

including for: "Discrimination Based on National Origin"; "Retaliation in Violation of the California Government Code §12900 Et Seq. and 12940 Et Seq."; and "Wrongful Termination and Retaliation in Violation of Public Policy."

2. Plaintiff and Defendant have agreed to submit Plaintiff's claims in this action exclusively to mediation and, if necessary, final and binding arbitration, pursuant to a written Dispute Resolution Program that Frito-Lay adopted as of July 1, 2015 (the "ADR Program"). A copy of the California Dispute Resolution Program Booklet, which describes the ADR Program, is attached as Exhibit 1 hereto. The ADR Program provides that disputes subject to mediation and, if necessary, arbitration, include "any …claims … against [Frito-Lay] … and all claims that [Frito-Lay] may … have against you, whether or not arising out of your employment or termination, except as expressly excluded….". [Exh. 1, at 5.] Plaintiff and Defendant have agreed that none of Plaintiff's claims against Frito-Lay are among those excluded from the scope of disputes covered by the ADR Program.

3. Pursuant to the ADR Program, Frito-Lay will bear the mediator's expenses of mediation. If mediation does not result in a complete, final resolution of Plaintiff's claims, final and binding arbitration will be conducted by the American Arbitration Association ("AAA") in accordance with the AAA Employment Arbitration Rules and Mediation Procedures, as amended. Plaintiff will not be responsible for any expense of arbitration such as filing and administrative fees and compensation of the arbitrator, except to the extent that he could be required, under California law, to bear such expenses had his claims been resolved in a judicial forum.

4. Plaintiff and Defendants expect that mediation and, if necessary, arbitration will be completed by May 31, 2019, have tentatively identified a mutually-agreeable mediator, and will proceed promptly to mediation. The parties will use best efforts to complete the mediation within 90 days of the order approving this Stipulation0

5. Plaintiff and Defendant have agreed to a stay of this action in its entirety as to all parties pending the conclusion of the mediation and, if necessary, arbitration.

- 2 -  Case No. 2:18-cv-01119-JAM-EFB
**JOINT STIPULATION FOR: STAY PENDING MEDIATION/ARBITRATION; POST-ARBITRATION STATUS CONFERENCE**

6. Plaintiff and Frito-Lay have agreed further that a post-arbitration status conference or due date for filing a status report should be set for a date, to be determined by the Court, on or after May 31, 2019.

7. The Parties will promptly advise the Court should a resolution be reached at mediation.

SO STIPULATED.

DATED: 7/2/2018                     Respectfully submitted,

LAW OFFICES OF BOWMAN & ASSOCIATES

By: /s/ *Robert C. Bowman, Jr.*
       Robert C. Bowman, Jr.
       Attorney for Plaintiff
       ADRIAN LIZARRAGA

DATED: 7/2/2018                     LANDAU GOTTFRIED & BERGER LLP
James H. Berry, Jr.
Kate LaQuay

By /s/ *James H. Berry, Jr.*
      James H. Berry, Jr.
      Attorneys for Defendant
      ROLLING FRITO-LAY SALES, L.P.

**CONSENT BY PLAINTIFF**

I, Adrian Lizarraga, the plaintiff, consent to the foregoing Stipulation and its terms. I agree to submit all claims in my Complaint in this action and any claims that I otherwise hold against Frito-Lay or its affiliates to mediation and, if necessary, final and binding arbitration pursuant to the ADR Program.

DATED: 7/2/2018                     /s/
                                                        ADRIAN LIZARRAGA

## Signature Certification

Pursuant to Local Rule 5-4.3.4(a), I hereby certify that the content of this document is acceptable to Robert C. Bowman, Jr., counsel for Plaintiff, and that I have obtained Mr. Bowman's authorization to affix his electronic signature to this document.

DATED: July 2, 2018

Respectfully submitted,

LANDAU GOTTFRIED & BERGER LLP
James H. Berry, Jr.
Kate LaQuay

By /s/ *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant
ROLLING FRITO-LAY SALES, L.P.

**ORDER**

The Court, having reviewed the joint stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. This action is STAYED as to all parties until further order of the Court;
2. The parties shall proceed with mediation and, if necessary, binding arbitration of all claims in the Complaint as provided in the ADR Program; and
5. A post-arbitration Status Report shall be filed on or before May 31, 2019.

DATED: 7/2/2018                                    /s/ John A. Mendez
                                                   **Hon. John A. Mendez**
                                                   **United States District Court Judge**